DeMaria Law Firm, APC
Anthony N. DeMaria, #177894
*ADemaria@demarialawfirm.com*
1690 W. Shaw Ave. Suite 220
Fresno, California 93711
Telephone:   (559) 602-2410
Facsimile:   (559) 507-0126

Attorneys for CLOVIS UNIFIED SCHOOL DISTRICT; STEPHANIE HANKS & ANDREW BOLLS, Individually, and as Employees of City of Clovis and/or Clovis Unified School District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ANDY E. CASTRO,<br><br>   Plaintiff,<br><br> v.<br><br>CITY OF CLOVIS; CLOVIS UNIFIED SCHOOL DISTRICT; STEPHANIE HANKS & ANDREW BOLLS, Individually, and as Employees of City of Clovis and/or Clovis Unified School District,<br><br>   Defendant. | Case No. 1:19-CV-00821-DAD-SKO<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR NON-EXPERT DISCOVERY IN ORDER TO TAKE THE DEPOSITION OF BURKE J. BONILLA, M.D.**<br><br>(Doc. 40) |

  COME NOW Plaintiff, ANDY E. CASTRO ("Plaintiff") and Defendants, CLOVIS UNIFIED SCHOOL DISTRICT, STEPHANIE HANKS, and ANDREW BOLLS, (collectively "Defendants") (together "the parties") by and through their respective counsels of record and so stipulate:

  1. The non-expert discovery cut-off for this matter is February 26, 2021.

  2. On February 1, 2021, Defendants properly noticed the deposition and request for production of documents of Burke J. Bonilla, M.D., one of Plaintiff's treating physicians, for February 22, 2021 at 11:30 A.M., which is prior to the discovery cut-off deadline. The notice is attached as Exhibit A to the Declaration of Anthony N. DeMaria.

  3. Burke J. Bonilla, M.D. is not available for a deposition on February 22, 2021 and,

1  due to scheduling conflicts, Dr. Bonilla will not be available for his deposition to be taken prior to
2  the discovery cut-off deadline.

3      4.    The parties stipulate that the scheduling conflict is not a result of undue delay and
4  that there is sufficient good cause to allow for Dr. Bonilla's deposition to occur after the discovery
5  cut-off deadline as required under Federal Rule of Civil Procedure 29, Local Rule 144, as well as
6  the Standard Procedures of U.S. Magistrate Judge Erica P. Grosjean.

7      5.    The parties stipulate that the deposition shall occur on a mutually available date no
8  later than April 30, 2021.

9      6.    The parties further stipulate that neither party shall be prejudiced if this Court should
10  allow for the deposition of Dr. Bonilla to proceed subsequent to the discovery cut-off date.

12  Dated: February 19, 2021                                     DeMaria Law Firm, APC

By: /s/ Anthony N. DeMaria
Anthony N. DeMaria
Attorneys for Defendants, CLOVIS UNIFIED SCHOOL DISTRICT; STEPHANIE HANKS & ANDREW BOLLS, Individually, and as Employees of City of Clovis and/or Clovis Unified School District

22  Dated: February 19, 2021

By: /s/ John W. Hastrup
John W. Hastrup
Attorney for Plaintiff, ANDY CASTRO

**ORDER**

Pursuant to the parties' above stipulation (Doc. 40), and for good cause shown, IT IS HEREBY ORDERED that the February 26, 2021 non-expert discovery cut-off date set forth in the Scheduling Order, (Doc. 35), is extended for the sole purpose of allowing Defendants to take the deposition of, and request the production of documents from, Burke J. Bonilla, M.D. The deposition of Dr. Bonilla must be completed by April 30, 2021.

IT IS SO ORDERED.

Dated:   **February 22, 2021**                         /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE