1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANDY E. CASTRO,                          No.  1:19-cv-00821-DAD-SKO

12              Plaintiff,

13        v.                                  ORDER SETTING HEARING ON
                                              DEFENDANTS' MOTION FOR SUMMARY
14   CLOVIS UNIFIED SCHOOL DISTRICT,          JUDGMENT
     et al.,
15                                            (Doc. No. 45)
            Defendants.
16

17

18

19          On December 15, 2019, plaintiff filed the operative first amended complaint ("FAC") in

20   this action.  (Doc. No. 27.)  On August 9, 2021, defendants filed a motion for summary judgment

21   and set the motion hearing for September 21, 2021.  (Doc. No. 45.)  Pursuant to General Order

22   No. 617 addressing the public health emergency posed by the COVID-19 pandemic, defendants'

23   motion was taken under submission on the papers; however, the court expressly instructed the

24   parties that "the hearing date selected by the movant will continue to govern the deadlines for

25   opposition and reply briefs pursuant to Local Rule 230(c)."  (Doc. No 46.)  Nonetheless, counsel

26   on behalf of plaintiff Andy Castro failed to file an opposition or statement of non-opposition to

27   the motion for summary judgment in compliance with Local Rule 230(c), which at that time

28   /////

1

1    required that any opposition or statement of non-opposition be filed and served not less than

2    fourteen days preceding the noticed (or continued) hearing date.[1]

3          The court has now determined, in large part due to counsel for plaintiff failing to file

4    either an opposition or notice of non-opposition to the pending motion, that it will set defendants'

5    motion for summary judgment for hearing on April 19, 2022 at 9:00 a.m. via Zoom before

6    District Judge Dale A. Drozd.  Parties will receive a Zoom ID number and password for the

7    hearing by email.[2]  Counsel for both parties, including and in particular plaintiff's counsel John

8    William Hastrup, are ordered to appear at the hearing on the pending motion.  Attorney Hastrup is

9    further advised that he shall be prepared to address at the hearing why he has failed to file an

10   opposition or statement of non-opposition to defendants' motion for summary judgment as is

11   required by Local Rule 230(c) and whether his client has been advised of his failure to respond to

12   the pending motion.[3]

13   IT IS SO ORDERED.

14      Dated:    **April 8, 2022**                                    _____

15                                                            UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

---

22   [1]  The Local Rules were recently amended.  Local Rule 230(c) now requires that a statement of
opposition or non-opposition be filed no later than fourteen days after the motion was filed.

23

24   [2]  Any other interested parties or members of the public may access the hearing telephonically by
dialing 877-402-9757, access code 6966236 at the time of the hearing set by this order.

25   [3]  The court notes that attorney Hastrup has failed to appear at prior appearances in this case.  (*See*
26   Doc. Nos. 44, 50.)  Attorney Hastrup is reminded that Magistrate Judge Sheila K. Oberto has
cautioned him that "failure to comply with this order may be grounds for the imposition of
27   sanctions on any and all counsel as well as any party or parties who cause non-compliance with
this order." (Doc. No. 50.)  That same warning applies to this order specifically requiring his
28   appearance before the court on April 19, 2022 at 9:00 a.m. via Zoom.